NO. 07-10-00457-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
--------------------------------------------------------------------------------
NOVEMBER 16, 2010
--------------------------------------------------------------------------------

 
 VANESSA ORNELAS, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;
 
 NO. 60,409-D; HONORABLE DON R. EMERSON, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
On June 10, 2010, appellant, Vanessa Ornelas, was convicted of committing the offense of possession of a controlled substance with intent to deliver in a drug-free zone, and sentenced to incarceration in the Texas Department of Criminal Justice, Institutional Division, for a period of five years. On November 4, 2010, appellant filed her notice of appeal with the trial court. We dismiss for want of jurisdiction.
Unless a defendant timely files a motion for new trial, a defendant must file a written notice of appeal with the trial court clerk within 30 days after the date sentence is imposed. Tex. R. App. P. 26.2(a). Therefore, appellant's notice of appeal was due on July 12, 2010. Because appellant's notice of appeal was filed 114 days after it was due, this Court is without jurisdiction over this appeal. See Olivo v. State, 918 S.W.2d 519, 522 (Tex.Crim.App. 1996). Because this Court is without jurisdiction to address the merits of this appeal, we have no authority to take any action other than to dismiss the appeal. See Slaton v. State, 981 S.W.2d 208, 210 (Tex.Crim.App. 1998).
Accordingly, the purported appeal is dismissed for want of jurisdiction.

 Mackey K. Hancock
 Justice

Do not publish.